UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUADALUPE MARIN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, et al.,<br><br>    Defendants. | Case No.  21-cv-06372-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

Based on the parties' May 9, 2024 status report (Dkt. No. 63) advising that Ms. Marin has accepted a Rule 68 offer of judgment, all pending deadlines and appearances are vacated.  On or before **July 9, 2024**, the parties shall file all required papers for entry of judgment.

If the July 9, 2024 deadline is not met, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **July 16, 2024 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41.  Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **July 12, 2024** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement.  If the July 9, 2024 deadline is met as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: May 10, 2024

Virginia K. DeMarchi
United States Magistrate Judge