SARAH MARINHO, SBN 293690
MARINHO LAW FIRM
111 N. Market St., Suite 300
San Jose, California 95113
T: (408) 827-8690
sarah@marinholawfirm.com

Attorney for Plaintiff GUADALUPE MARIN

NORA FRIMANN, City Attorney (93249)
ARDELL JOHNSON, Assistant City Attorney (95340)
ELISA TOLENTINO, Chief Deputy City Attorney (245962)
WESLEY KLIMCZAK, Sr. Deputy City Attorney (294314)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants CITY OF SAN JOSE and
TYLER MORAN

STEVEN B. DIPPELL—BAR NO. 121217
Email: sdippell@dby-law.com
DAVIS, BENGTSON & YOUNG, APLC
1960 The Alameda, Suite 210
San Jose, CA 95126
Phone: 669.245.4200
Fax: 408.985.1814

Attorneys for Defendant
MATTHEW RODRIGUEZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GUADALUPE MARIN, | Case Number: 5:21-cv-06372-VKD |
| Plaintiff, | **[PROPOSED] STIPULATED JUDGMENT** |
| v. | |
| CITY OF SAN JOSE, MATTHEW RODRIGUEZ, TYLER MORAN, and DOES 1-25, inclusive, | |
| Defendants. | |

1 | Pursuant to Federal Rule of Civil Procedure 68, judgment is hereby entered in favor of Plaintiff Guadalupe Marin against Defendant City of San Jose in the sum of three hundred fifty thousand dollars ($350,000.00), inclusive of all court costs and attorneys' fees. Defendants Matthew Rodriguez and Tyler Moran are dismissed from this action. The judgment shall operate to satisfy all claims and all damages, including all claims and/or rights to recover costs and attorneys' fees, Plaintiff has alleged or could have alleged in this action against the City of San Jose and/or its past and present officials, employees, and agents in their official and individual capacities, whether or not named as a defendant in the action.

The Clerk of Court is instructed to close the file in this matter.

**IT IS SO ORDERED.**

_____
U.S. Magistrate Judge
Honorable Virginia DeMarchi